## APPEAL OF E. KLYMAN.

Docket No. 6753.        Decided September 15, 1926.

*Frank G. Butts, Esq.*, for the petitioner.
*A. Calder Mackay, Esq.*, for the Commissioner.

This is an appeal from the determination of a deficiency of $331.34 for the calendar year 1920.

### FINDINGS OF FACT.

During the calendar year 1920, the petitioner was a resident and citizen of California, married and living with his wife, Ida Klyman.

Ida Klyman received during the year 1920 a salary for personal services rendered by her, separately from any salary or income of her husband. This salary she included in her separate return. The

Commissioner included the salary in the petitioner's income and determined the deficiency of $331.34 here in controversy.

#### OPINION.

LITTLETON: The facts in this proceeding are the same as those before the Board in the *Appeal of Estate of George W. Randall*, 4 B. T. A. 679, in which it was held that a wife in California was entitled to file a separate return of her separate earnings.

*Judgment for the petitioner.*